Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 19−10492−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Mary Martin
   514 Martinelli Avenue
   Buena Borough, NJ 08341

Social Security No.:
   xxx−xx−4516

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 5/8/19.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: May 8, 2019
JAN: bc

                                                                Jeanne Naughton
                                                                Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 19-10492-ABA
Mary Martin                                                             Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 1              Date Rcvd: May 08, 2019
                              Form ID: 148             Total Noticed: 16

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 10, 2019.
```
db           +Mary Martin,    514 Martinelli Avenue,    Buena Borough, NJ 08341-1210
517987240     Barkclay Card Card Services,    PO Box 13337,   NO City or State
517984720    +COMCAST,    PO BOX 1931,   Burlingame, CA 94011-1931
517960038    +KAREEM J. CRAWFORD, ESQUIRE,    18 ALMOND ROAD,   BURLINGTON, NJ 08016-3184
517960041    +LJD ENTERRISES LLC C/O CHAS. D. BAYER, ESQ,    489 AURORA PLACE,   BRICK, NJ 08723-5063
517960845    +Orion,   c/o of PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
517960036    +PHELAN HALLINAN DIAMOND & JONES, PC,    400 Fellowship Road, Suite 100,
               Mt. Laurel, NJ 08054-3437
518127933    +U.S. Bank National Association Trustee (See 410),    c/o Specialized Loan Servicing LLC,
               8742 Lucent Blvd, Suite 300,   Highlands Ranch, Colorado 80129-2386
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg           E-mail/Text: usanj.njbankr@usdoj.gov May 08 2019 22:52:55      U.S. Attorney,    970 Broad St.,
               Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 08 2019 22:52:54      United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
517960039    +E-mail/Text: bankruptcy@pepcoholdings.com May 08 2019 22:52:48      ATLANTIC CITY ELECTRIC,
               PO BOX 13610,    PILA. PA 19101-3610
518050818     EDI: RESURGENT.COM May 09 2019 02:53:00      Ashley Funding Services, LLC,
               Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
517963021    +E-mail/Text: bankruptcy@cavps.com May 08 2019 22:53:00      Cavalry SPV I, LLC,
               500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
518000708    +EDI: DRIV.COM May 09 2019 02:48:00      SANTANDER CONSUMER USA,   P.O. Box 560284,
               Dallas, TX 75356-0284
517960040     EDI: AISTMBL.COM May 09 2019 02:48:00      T-MOBILE,   PO BOX 790047,   ST. LOUIS, MO 63179
517960037     EDI: WFFC.COM May 09 2019 02:53:00      WELLS FARGO HOME MORTGAGE,   PO BOX 14411,
               DES MOINES, IA 50306-3411
                                                                                               TOTAL: 8
```

```
              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 10, 2019                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 8, 2019 at the address(es) listed below:
```
          Denise E. Carlon    on behalf of Creditor    U.S. Bank Trust  National Association, not in its
           individual capacity but solely as Delaware trustee and U.S. Bank National Association, not in
           its individual capacity but solely as Co-Trustee for  Go dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
           summarymail@standingtrustee.com
          Isabel C. Balboa    ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
          Kareem J Crawford    on behalf of Debtor Mary  Martin kareemjcrawford91@gmail.com,
           sdgcrawford@gmail.com
          Rebecca Ann Solarz     on behalf of Creditor    U.S. Bank Trust  National Association, not in its
           individual capacity but solely as Delaware trustee and U.S. Bank National Association, not in
           its individual capacity but solely as Co-Trustee for  Go rsolarz@kmllawgroup.com
          Rebecca Ann Solarz     on behalf of Creditor    Government Loan Securitization Trust 2011-FV1 et
           al... rsolarz@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 7
```